UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIRIOMA WIJEGOONAWARDENA             :
3364 Hewitt Avenue, Apt. 302         :
Silver Spring, MD  20906             :
                                     :
          Plaintiff,                 :
                                     :
v.                                   :   Civil Action No. _____
                                     :
CENTRAL PARKING SYSTEM OF            :   (Jury Demanded)
VIRGINIA, INC.                       :
d/b/a CENTRAL PARKING SYSTEM         :
1225 I Street., N.W.                 :
Washington, D.C. 20005               :
                                     :
Serve:                               :
Registered Agent                     :
Corporation Service Company          :
1090 Vermont Ave., N.W.              :
Washington, D.C. 20005               :
                                     :
          Defendant.                 :

## COMPLAINT

### Parties

COMES NOW the Plaintiff, Sirioma Wijegoonawardena, through his attorney, Nils G. Peterson, and for his Complaint against the Defendant, Central Parking System of Virginia, Inc. ("Central"), alleges as follows:

1. Plaintiff Sirioma Wijegoonawardena is a resident of Maryland. Defendant employed Plaintiff in the District of Columbia.

2. Defendant Central is a Tennessee corporation registered to do business in the District of Columbia and has done business in the District of Columbia during all times material hereto.

### Jurisdiction

3. Jurisdiction of this action is conferred on this Court by §16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), (the

"Act" or "FLSA") and pendent jurisdiction.

## COUNT I   FAILURE TO PAY PROPER OVERTIME

4. At all times hereinafter mentioned, Defendant was engaged in the provision of parking services in the District of Columbia. The provision of such parking services directly affects interstate commerce and Defendant's employees are engaged in such interstate commerce. During the course of his employment Plaintiff affected interstate commerce by his actions.

5. From 1997 through present Defendant employed Plaintiff.

6. Plaintiff's position was non-exempt.

7. Plaintiff was required to work hours over 40 per week. During his employment Plaintiff was not paid proper overtime for the work time spent over 40 hours.

8. On information and belief, Plaintiff worked weeks of over forty hours.

9. Defendant and executives employed by Defendant were aware that Plaintiff regularly performed such extra work and Defendant required this extra work as a condition of continued employment.

10. Defendant condoned and benefitted from the performance of such extra work time over 40 hours per week.

11. Plaintiff was not properly compensated by Defendant for all the hours over forty per week he worked during the period of his employment.

12. Upon information and belief, Defendant knew of its duty and obligation to pay proper overtime wages for all the hours worked in excess of 40 hours per work week, and Defendant knowingly

failed and refused to follow the lawful requirements. Defendant's acts and omissions constitute wilful violations which entitle Plaintiff to liquidated damages for knowing violations.

13. During said time period, Plaintiff was not paid proper overtime and minimum wages for all hours worked in excess of 40 hours each work week and for split shifts, respectively, in wilful violation of §7 of the Act, 29 U.S.C. §207 and the District of Columbia Wage Act, D.C. Code 32-1001 et seq.

14. As a result of the foregoing wilful unlawful conduct on the part of Defendant, Plaintiff has suffered damages since he has not received proper overtime and minimum wages. Plaintiff further seeks liquidated damages equal to the wages due but not paid as a result of Defendant's wilful failure to pay proper overtime and minimum wages in violation of §7 of the Act, 29 U.S.C. §207 and D.C. Code 32-1001 et seq.

## COUNT II

### AGE DISCRIMINATION

15. Plaintiff realleges and restates paragraphs 1 to 14.

16. The Plaintiff brings this action under the provisions of the District of Columbia Human Rights Act, D.C. Code Title 2-1401 et seq. which, among other things, protects the right of employees to be free from age discrimination, and to redress deprivation of rights secured by the Acts.

17. Jurisdiction of this Court is invoked pursuant pendent jurisdiction.

18. Plaintiff, is 68 years old and is employed by Defendant in the District of Columbia.

19. Plaintiff at all times adequately performed his duties.

20. During Plaintiff's employment in he was demoted in favor of a younger employee. Plaintiff was asked about his age several times by William Torres, Defendant's operations manager, and Plaintiff replied 68 years old. Plaintiff was told by the manager of Defendant's Human Resources department, "we can hire young college graduates" and asked if Plaintiff had a college degree.

21. The demotion of Plaintiff constituted an adverse employment action which is discriminatory.

22. As a result of the acts of discrimination by Defendant, Plaintiff has suffered and continues to suffer a loss of income and loss of benefits.

23. As a result of the acts of discrimination by Defendant, Plaintiff has suffered harm to his reputation, mental anguish and humiliation.

24. Defendant's acts of discrimination were performed with malice and reckless indifference to Plaintiff's protected civil rights.

25. Defendant discriminated against Plaintiff because of his age in violation of the District of Columbia Human Rights Act.

26. Defendant discriminated against Plaintiff in his treatment, conditions of employment including but not limited to demotion because of his age.

Wherefore, Plaintiff respectfully prays that this Court:

(a) Order Defendant to reinstate and/or promote him to the position he would have held but for the discrimination in violation

of the District of Columbia Human Rights Act;

(b) Award him under the District of Columbia Human Rights Act all the pay and fringe benefits he has lost as a result of Defendant's unlawful discrimination against him;

(c) Award him compensatory and punitive damages for injuries suffered as a result of violation of District of Columbia law.

(d) Award him under the District of Columbia Human Rights Act reasonable attorney's fees and costs of this action.

(e) Award him such other and further relief as this Court deems just and proper.

## JURY

Plaintiff requests a jury trial on all triable issues.

Sirioma Wijegoonawardena
By Counsel

*Nils Peterson*
Nils G. Peterson
DC Bar No. 295261
2009 N. 14th Street, Suite 708
Arlington, VA  22201
(703) 527-9900

JS-44
(Rev. 2/01 DC)

## CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Sirioma Wijegoonawardena

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Nils Peterson (703) 527-9900
2009 N. 14th Street, Suite 708
Arlington, VA 22201

**DEFENDANTS**

Central Parking System of Virginia, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____

Case: 1:07-cv-00999
Assigned To : Robertson, James
Assign. Date : 06/01/2007
Description: LABOR-ERISA

**II BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ☐ G. *Habeas Corpus/2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☒ K. *Labor/ERISA (non-employment)*<br><br>☒ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Failure to pay proper overtime under Fair Labor Standards Act 29 USC 201

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | DEMAND $ | Check YES only if demanded in complaint JURY DEMAND: ☒ YES   ☐ NO |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction) | ☐ YES ☒ NO | If yes, please complete related case form. |

DATE 6/1/07   SIGNATURE OF ATTORNEY OF RECORD  *Nils Peters*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.