AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
JUL 2
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sirioma Wijegoonawardena

V.

Central Parking System of Virginia, Inc.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00999
Assigned To : Robertson, James
Assign. Date : 06/01/2007
Description: LABOR-ERISA

TO: (Name and address of Defendant)

Central Parking System of Virginia, Inc.
Corporate Service Company, Registered Agent
1090 Vermont Avenue, N.W.
Washington, D.C. 2005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA 22201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

_____
CLERK

_Ra Janau Scott_
(By) DEPUTY CLERK

JUN 0 1 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-26-07 |
| NAME OF SERVER (PRINT) Eduardo Lopera | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Tracey J. Butler, Customer Service Associate

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/27/2007          *Eduardo Lopera*
              Date                Signature of Server

6188-B Old Franconia Rd., Alexandria, VA 22310
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.