**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, )<br>                                                 )<br>    Plaintiff                        )<br>                                                 )<br>v.                                                      )<br>                                                 )<br>CENTRAL PARKING SYSTEM OF    )<br>VIRGINIA, INC.                    )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>                                               )<br>    Defendant.                  )<br>                                               ) | Case No. 1:07-CV-00999-JR |

## **CERTIFICATE UNDER LCvR 7.1**

We, the undersigned, counsel of record for Defendant, Central Parking System Of Virginia, Inc. ("Central"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Central which have any outstanding securities in the hands of the public: Central Parking Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                  Respectfully submitted,

                                                  CENTRAL PARKING SYSTEM OF
                                                  VIRGINIA, INC.

                                                  By:   /s/ David M. Burns
                                                              David M. Burns, Bar # 466167
                                                              SEYFARTH SHAW LLP
                                                              815 Connecticut Avenue, N.W., Suite 500
                                                              Washington, DC 20006-4004
                                                              (202) 463-2400
                                                              (202) 828-5393 (facsimile)

Dated: August 10, 2007                                    Attorneys for Defendant