IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, ) <br> ) <br>     Plaintiff    ) <br> ) <br> v.    ) <br> ) <br> CENTRAL PARKING SYSTEM OF    ) <br> VIRGINIA, INC.    ) <br> d/b/a CENTRAL PARKING SYSTEM,    ) <br> ) <br>     Defendant.    ) <br> ) | Case No. 1:07-CV-00999-JR |

## JOINT LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3(d), undersigned counsel hereby submit their joint written report in the above captioned case. The following constitutes the parties' positions with respect to each of the items set forth in Local Rule 16.3.

### Local Rule 16.3(c) Matters

**(1)** **Dispositive Motions**: There are no pending dispositive motions. Defendant anticipates filing a motion for summary judgment and believes that Plaintiff's claims will be dismissed as a result.

**(2)** **Joinder/Amendment of Pleadings:** The parties do not anticipate joining any other parties. The parties agree that pleadings should be amended by September 28, 2007 (thirty-two (32) days after the Initial Scheduling Conference). At this time, the parties are not able to agree upon or narrow any factual or legal issues in this case.

**(3)** **Assignment to Magistrate Judge:** The case should not be assigned to a Magistrate Judge for all purposes.

(4)     **Possibility of Settlement:**  Both Plaintiff and Defendant are willing to explore settlement and believe that it is a possibility.

(5)     **Alternative Dispute Resolution:**  Both Plaintiff and Defendant believe that the case could benefit from the Court's alternative dispute resolution procedures and would like early mediation before a Magistrate Judge of the Court.

(6)     **Dispositive Motions:**  The parties agree that final dispositive motions should be filed by March 3, 2008 (thirty-two (32) days after the close of discovery), with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court.  The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

(7)     **Initial Disclosures:**  The parties do not stipulate to dispense with the initial disclosure provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure.  The parties agree that initial disclosures should be made by September 14, 2007.

(8)     **Extent of Discovery:**  The parties propose January 31, 2008 (157 days after the Initial Scheduling Conference) as the deadline for conducting discovery.  Other limitations on discovery shall conform to the Local Rules of this Court and the Federal Rules of Civil Procedure.  Depending on the nature of the documents and information sought during discovery, the parties may enter into a general protective order regarding confidential or proprietary documents or information produced and/or disclosed in the course of the case.

(9)     **Expert Witness Reports:**  The parties have agreed to the following schedule for expert discovery:  Plaintiff's Rule 26(a)(2) expert disclosures should be due on November 1, 2007 and Defendant's Rule 26(a)(2) expert disclosures should be due on December 3, 2007 (thirty-two (32) days after Plaintiff's expert disclosures).

**(10)    Class Actions:**  Not Applicable.

**(11)    Bifurcated Trial/Discovery:**  The parties agree that, at this time, neither discovery in this case nor trial should be bifurcated.

**(12)    Pretrial Conference Date:**  The parties propose that a pretrial conference be held sixty (60) days after the Court rules upon dispositive motions filed after the close of discovery, if any.  If no dispositive motions are filed, the parties propose that a pretrial conference be held ninety (90) days after the close of discovery.

**(13)    Trial Date:**  The parties agree that the trial date should be set at the pretrial conference.

**(14)    Other Matters:**  None.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| SIRIOMA WIJEGOONAWARDENA | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By:  /s/  | By  /s/  |
| Nils G. Peterson, Bar No. 295261 | David M. Burns, Bar No. 466167 |
| 2009 North 14th Street, NW | SEYFARTH SHAW LLP |
| Suite 708 | 815 Connecticut Avenue, N.W. |
| Arlington, VA 22201 | Suite 500 |
| 703-527-9900 | Washington, DC  20006 |
| 703-522-1250 (facsimile) | 202-463-2400 |
| | 202-828-5393 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |
| Dated:  August 24, 2007 | Dated:  August 24, 2007 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA,  )<br>  )<br>     Plaintiff       )<br>  )<br>v.        )<br>  )<br>CENTRAL PARKING SYSTEM OF  )<br>VIRGINIA, INC.       )<br>d/b/a CENTRAL PARKING SYSTEM,  )<br>  )<br>     Defendant.      )<br>_____  ) | Case No. 1:07-CV-00999-JR |

**THE PARTIES' JOINTLY PROPOSED SCHEDULING ORDER**

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding.  The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | September 14, 2007 |
| Amendment of Pleadings | September 28, 2007 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | November 1, 2007 |
| Defendant's Rule 26(a)(2) Expert Disclosures | December 3, 2007 |
| Close of Fact Discovery | January 31, 2008 |
| Close of Expert Discovery | January 31, 2008 |
| Dispositive Motions | March 3, 2008 |
| Pretrial Conference | 60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery |
| Trial | To be set at the pretrial conference |

SO ORDERED.

_____                             _____
Date                                                                         James Robertson
                                                                             United States District Court Judge

Copies to:

Nils G. Peterson
nilspeterson@aol.com

David M. Burns
dburns@seyfarth.com