IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>  Defendant. )<br>_____) | Case No. 1:07-CV-00999-JR- DAR |

**JOINT MOTION TO RESCHEDULE MEDIATION**

Plaintiff Sirioma Wijegoonawardena and Defendant Central Parking System Of Virginia, Inc., through their undersigned counsel, respectfully request that the follow-up mediation session scheduled for November 26, 2007, be rescheduled for a date during the week of December 10, 2007.  In support of this Motion, the parties state:

1.  An initial mediation session was conducted on October 25, 2007.  A follow-up session was scheduled November 26, 2007 at 4:00 pm to allow the parties time to obtain and review records that could bear on a possible resolution.

2.  The parties need additional time to attempt to review and attempt to obtain additional records.

WHEREFORE, the parties respectfully request that the mediation session scheduled for November 26, 2007, be cancelled and reset for a date during the week of December 10, 2007.

DC1 30212590.1

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| SIRIOMA WIJEGOONAWARDENA | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By:_____/s/_____ | By_____/s/_____ |
| Nils G. Peterson, Bar No. 295261 | David M. Burns, Bar No. 466167 |
| 2009 North 14th Street, NW | SEYFARTH SHAW LLP |
| Suite 708 | 815 Connecticut Avenue, N.W. |
| Arlington, VA 22201 | Suite 500 |
| 703-527-9900 | Washington, DC 20006 |
| 703-522-1250 (facsimile) | 202-463-2400 |
| | 202-828-5393 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |
| Dated: November 21, 2007 | Dated: November 21, 2007 |

DC1 30212590.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CENTRAL PARKING SYSTEM OF ) <br> VIRGINIA, INC. ) <br> d/b/a CENTRAL PARKING SYSTEM, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:07-CV-00999-JR-DAR |

<u>ORDER</u>

Upon consideration of the Joint Motion To Reset Mediation, it is hereby ordered that the mediation session scheduled for November 26, 2007, is CANCELLED, and a mediation is RESET for December _____, 2007.

SO ORDERED.

_____                                _____
Date                                                                              Deborah A. Robinson
                                                                                       United States Magistrate Judge

Copies to:

Nils G. Peterson
nilspeterson@aol.com

David M. Burns
dburns@seyfarth.com