IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00999-JR- DAR |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC. ) | |
| d/b/a CENTRAL PARKING SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF RESOLUTION**

Plaintiff Sirioma Wijegoonawardena and Defendant Central Parking System Of Virginia, Inc., have reached a resolution of this case, and will be preparing and executing a written agreement. Magistrate Judge Robinson conducted a mediation in this matter. The parties will file a motion seeking Magistrate Judge Robinson's approval of the settlement agreement and will also move for leave to submit the agreement under seal.

A status conference in this case is scheduled for December 19, 2007. The parties are submitting this notice so that the Court may cancel the status conference if it wishes.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| SIRIOMA WIJEGOONAWARDENA | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By: /s/ | By /s/ |
| Nils G. Peterson, Bar No. 295261 | David M. Burns, Bar No. 466167 |
| 2009 North 14th Street, NW | SEYFARTH SHAW LLP |
| Suite 708 | 815 Connecticut Avenue, N.W., Ste 500 |
| Arlington, VA 22201 | Washington, DC 20006 |
| 703-527-9900 | 202-463-2400 |
| 703-522-1250 (facsimile) | 202-828-5393 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |
| Dated: December 13, 2007 | Dated: December 13, 2007 |

DC1 30214104.1