ATTACHMENT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00999-JR-DAR |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC. ) | |
| d/b/a CENTRAL PARKING SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL OR TO SUBMIT
CONFIDENTIALLY IN CHAMBERS THE PARTIES' SETTLEMENT AGREEMENT
AND JOINT STATEMENT AS TO THE REASONABLENESS OF SETTLEMENT**

Plaintiff Sirioma Wijegoonawardena and Defendant Central Parking System Of Virginia, Inc., by their undersigned counsel, jointly move this Court to permit them to file their Confidential Settlement Agreement and General Release ("Agreement") under seal or to submit it confidentially in chambers. The parties also request that they be permitted to file a joint statement as to the reasonableness of the settlement under seal or to submit it confidentially in chambers.

Plaintiff's complaint alleges, *inter alia*, a claim for failure to pay overtime under the federal Fair Labor Standards Act. The parties have reached a settlement of this case. Although a federal case held that a private compromise and release of FLSA claims was enforceable, *Martinez v. Bohls Bearing Equipment Co.*, 361 F.Supp.2d 608, 631 (W.D. Tex. 2005), other case law suggests that such settlements must be approved by the Court or the Secretary of Labor. *Id.* at 627-28 (citing cases). Therefore, out of an abundance of caution, the parties wish to submit their Agreement to the Court for approval, and would do so as an exhibit to a motion for

DC1 30210759.2

approval or in chambers. However, the Agreement contains a confidentiality provision. Thus, to preserve the Agreement's confidentiality, the parties jointly request that the Court issue an order permitting them to file the agreement under seal or to submit it confidentially in chambers.

Further, the parties intend to file a joint statement regarding the reasonableness of the settlement in order to assist the Court in reviewing the Agreement. Thus, the parties also request that they be permitted to file their joint statement under seal or to submit it confidentially in chambers.

WHEREFORE, the parties respectfully request that the Court issue an order permitting them to file under seal or to submit confidentially in chambers their settlement agreement and joint statement regarding the reasonableness of settlement.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| SIRIOMA WIJEGOONAWARDENA | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By: /s/ | By: /s/ |
| Nils G. Peterson, Bar No. 295261 | David M. Burns, Bar No. 466167 |
| 2009 North 14th Street, NW | SEYFARTH SHAW LLP |
| Suite 708 | 815 Connecticut Avenue, N.W. |
| Arlington, VA 22201 | Suite 500 |
| 703-527-9900 | Washington, DC 20006 |
| 703-522-1250 (facsimile) | 202-463-2400 |
|  | 202-828-5393 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |
| Dated: 1-8-08 ~~2007~~ | Dated: January 14, 2007 |

DC1 30210759.2

12/17/2007 10:17 FAX 2028285393          SEYFARTH SHAW LLP                    ☒018/018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>Defendant. )<br>_____) | Case No. 1:07-CV-00999-JR |

## ORDER

Upon consideration of the parties' Joint Motion For Leave To File Under Seal Or To Submit Confidentially In Chambers The Parties' Settlement Agreement And Joint Statement As To The Reasonableness Of Settlement, it is by this Court on this _____ day of _____, 2007,

ORDERED, that the parties' Joint Motion is GRANTED, and it is

FURTHER ORDERED that the parties' Confidential Settlement Agreement and General Release and their joint statement regarding the reasonableness of settlement may be filed under seal or submitted confidentially in chambers.

SO ORDERED.

                                                            The Honorable _____

Copies to:

Nils G. Peterson
nilspeterson@aol.com

David M. Burns
dburns@seyfarth.com

DC1 30210759.2