ATTACHMENT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00999-JR-DAR |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC. ) | |
| d/b/a CENTRAL PARKING SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Sirioma Wijegoonawardena ("Plaintiff") and Defendant Central Parking System of Virginia, Inc. ("Defendant"), by their undersigned counsel, jointly move this Court to review the parties' Settlement Agreement and General Release ("Agreement") and for an order approving the Agreement as fair and reasonable. In support of this Motion, the parties state:

1.   Plaintiff filed this action claiming, *inter alia*, alleged unpaid overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et. seq.*, asserting that he was entitled to additional time and one-half wages for hours worked over 40 in a workweek.

2.   Defendant filed an Answer contending, *inter alia*, that Plaintiff is not entitled to the claimed overtime and that Plaintiff's claim is barred in part by the two year statute of limitations applicable to non-willful violations of the FLSA. 29 U.S.C. § 255(a).

3.   Plaintiff and Defendant are represented by their respective counsel.

4.   The parties have reached a settlement of this case, the terms of which are embodied in the Agreement.

5. The Agreement is expressly contingent upon the Court's review and approval of it and issuance of an order approving the Agreement as fair and reasonable. A copy of the Agreement, executed by both parties as indicated, ~~is being sent separately to chambers for~~ is being filed under seal] *pursuant to the Court's January 15 Order.*

6. Once the Court approves the Agreement, the parties will file a Stipulation Of Dismissal With Prejudice as required by the Agreement.

WHEREFORE, the parties jointly request that the Court review the Agreement and issue an order approving it as fair and reasonable. A proposed order is attached hereto.

Respectfully Submitted,

SIRIOMA WIJEGOONAWARDENA

By: /s/ *[signature]*
Nils G. Peterson, Bar No. 295261
2009 North 14th Street, NW
Suite 708
Arlington, VA 22201
703-527-9900
703-522-1250 (facsimile)

Attorney for Plaintiff

Dated: *1-8-08*, ~~2007~~

Respectfully Submitted,

CENTRAL PARKING SYSTEM OF VIRGINIA, INC.

By /s/ *[signature]*
David M. Burns, Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
202-463-2400
202-828-5393 (facsimile)

Attorneys for Defendant

Dated: *January 17*, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRIOMA WIJEGOONAWARDENA,  )<br>  )<br>Plaintiff  )<br>  )<br>v.  )<br>  )<br>CENTRAL PARKING SYSTEM OF  )<br>VIRGINIA, INC.  )<br>d/b/a CENTRAL PARKING SYSTEM,  )<br>  )<br>Defendant.  )<br>_____) | Case No. 1:07-CV-00999-JR-DAR |

## ORDER

Upon consideration of the Parties' Joint Motion For Approval Of Settlement Agreement, and the entire record herein, it is this ____ day of _____, 2007,

DETERMINED that the parties' Settlement Agreement and General Release ("Agreement") is fair and reasonable and that the Court approves of the Agreement; and it is

ORDERED, that this determination and approval shall be entered in the docket of this case; and it is

FURTHER ORDERED that the parties shall immediately file the Stipulation of Dismissal With Prejudice as required by the Agreement.

SO ORDERED.

_____
The Honorable _____

Copies to:

Nils Peterson, Esq.
nilspeterson@aol.com

David M. Burns, Esq.
dburns@seyfarth.com

DC1 30210759.2